# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 28, 2021

## NO. 03-20-00451-CV

**Emma Marie Alvarado, Appellant**

**v.**

**Javier Orlando Cruz, Appellee**

### APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

Emma Marie Alvarado filed a notice of appeal on September 10, 2020, purporting to appeal from an order signed by the trial court on September 9, 2020. Having reviewed the record, the Court holds that Emma Marie Alvarado has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.